**Dhiraj CHHAPARWAL,**
**Plaintiff–Appellant,**

v.

**WEST VIRGINIA COLLEGE OF MED-**
**ICINE AND HEALTH SCIENCES**
**CENTER; University Health Associ-**
**ates; Norman Ferrari, III, M.D.; Mar-**
**tin Weisse, M.D.; Mathew Brunner,**
**M.D.; Nancy Brunner, M.D.; Kath-**
**leen Perkins, M.D.; Jennifer Pum-**
**phrey, M.D.; Jean Someshwar, M.D.;**
**Melissa Larzo, M.D.; Megan Troischt,**
**M.D.; Heather Hixenbaugh, M.D.;**
**Michael Wolfe; John/Jane Does I–X,**
**Defendants–Appellees,**

**and**

**West Virginia University Hospitals,**
**Incorporated; Bruce McClymonds,**
**President and CEO, Defendants.**

No. 09–2165.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2010.

Decided: June 9, 2010.

Dhiraj Chhaparwal, Appellant Pro Se. Christi R.B. Stover, Steptoe & Johnson, LLP, Morgantown, West Virginia; Richard Michael Yurko, Jr., Steptoe & Johnson, LLP, Clarksburg, West Virginia, for Appellees.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dhiraj Chhaparwal appeals the district court's order granting summary judgment in favor of the Appellees on Chhaparwal's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chhaparwal v. WV College of Medicine*, No. 1:07–cv–00089–FPS–JSK, 2009 WL 2959882 (N.D.W.Va. Sept. 9, 2009). We also deny Chhaparwal's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*